**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-02245-LTB

MARCEL MESQUIDA,

       Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P.,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Doc 12 - filed February 14, 2013) is **GRANTED**.  The Second Amended Complaint with exhibits are accepted for filing.

Dated:  February 15, 2013
_____