**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-02245-LTB

MARCEL MESQUIDA,

       Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P.,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion to Amend Response Opposing Defendant's Motion to Dismiss First Claim for Relief, to Correct Record Citations (Doc 22 - filed April 3, 2013) is **GRANTED**.  The tendered Amended Response is accepted for filing.

Dated:   April 4, 2013
___