IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   12-cv-02245-LTB-BNB

MARCEL MESQUIDA,

    Plaintiff,

v.

WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P.,

    Defendant.

_____

### ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 36 - filed January 8, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE

DATED: January 9, 2014